UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIHAD ANTHONY ZOGHEIB,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY TURINO, ET AL.,<br><br>Defendants. | Case No. 2:17-cv-00873-JAD-DJA<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Time (ECF No. 35), filed on September 24, 2020. Plaintiff requests an extension of time to complete service pursuant to Fed.R.Civ.P. 4(m). He indicates that he was transferred to the custody of Nevada Department of Correction on October 24, 2019 and the COVID-19 pandemic is affecting access to the law library. Plaintiff received the Court's notice of intent to dismiss (ECF No. 34) and seeks an extension of time to complete service and assistance from the U.S. Marshal. He does not specify how much time he is requesting.

The Court notes that it previously granted Plaintiff's request for assistance with service via the U.S. Marshal on March 27, 2019 (ECF No. 20) and again July 24, 2019 (ECF No. 25). The Court also issued a Notice of intent to dismiss pursuant to Rule 4(m) twice – on April 14, 2020 and August 20, 2020. As a result, this is the last opportunity for Plaintiff to complete service, which the Court will assist with via the U.S. Marshal's Office as previously done in its order ECF No. 25 and grant an extension of time for 90 days to complete service.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Extend Time (ECF No. 35) is **granted** to the extent that the Rule 4(m) deadline is extended for 90 days.

**IT IS FURTHER ORDERED** the Clerk of Court must re-issue the subpoena to Kathleen Bliss in accordance with the court's previous order (ECF No. 20) and follow all other instructions

in that order related to the subpoena. Additionally, the Clerk of Court must insert an additional page identifying Exhibit A.

DATED: September 27, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE