# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIHAD ANTHONY ZOGHEIB, | Case No. 2:17-cv-00873-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JEFFERY TURINO, *ET AL.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend Time to Serve the Complaint (ECF No. 42), filed on December 16, 2020. Plaintiff indicates that he has been transferred from the Southern Detention Correctional Center to San Mateo County Jail on December 1, 2020. He claims that he is being quarantined at the Maguire Correctional Facility with no access to any law library. As a result, he seeks an extension of 180 days to complete service due to these extraordinary circumstances resulting from the COVID-19 pandemic. Although the Court acknowledges that it has given a previous extension to Plaintiff to complete service, it finds that he has presented good cause for the 180 days extension requested.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Time to Serve the Complaint (ECF No. 42) is **granted**.

DATED: December 18, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE